# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD LEE WELSH, JR.,** | : | CIVIL ACTION NO. 1:12-cv-1640 |
| **Plaintiff** | : | (Judge Kane) |
| | : | (Magistrate Judge Mehalchick) |
| v. | : | |
| **LEBANON COUNTY PRISON, et al.,** | : | |
| **Defendants** | : | |

## O R D E R

Before the Court in the above-captioned action is the June 30, 2016 Report and Recommendation of Magistrate Judge Mehalchick. (Doc. No. 111) No timely objections have been filed. **ACCORDINGLY**, on this 20th day of July, 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT:**

1) The Court adopts the Report and Recommendation (Doc. No. 111) of Magistrate Judge Mehalchick;

2) Defendant Rolando Ponce's motion for summary judgment (Doc. 102), is **GRANTED**;

3) Defendant Rolando Ponce is dismissed with prejudice from the above-captioned case;

4) Plaintiff's request for a trial (Doc. 109), is **DENIED AS MOOT**; and

5) The case is referred back to Magistrate Judge Mehalchick for further pretrial management.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court