**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **DONALD LEE WELSH, JR.,** | : | |
|     **Plaintiff** | : | No. 1:12-cv-1640 |
| | : | |
|     v. | : | **(Judge Kane)** |
| | : | **(Magistrate Judge Mehalchick)** |
| **LEBANON COUNTY PRISON, et al.,** | : | |
|     **Defendants** | : | |

## ORDER

Before the Court in the above-captioned case is the October 27, 2016 Report and Recommendation of Magistrate Judge Mehalchick. (Doc. No. 116.) No timely objections have been filed. **ACCORDINGLY**, on this 8th day of December 2016, upon review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation (Doc. No. 116), of Magistrate Judge Mehalchick;

2. Defendants Rodriguez and Briseno are **DISMISSED** for Plaintiff's failure to timely serve the complaint under Federal Rule of Civil Procedure 4(m);

3. Plaintiff's sixth amended complaint (Doc. No. 90), is **DISMISSED WITH PREJUDICE** as further leave to amend would be futile; and

4. The Clerk of Court is directed to close the above-captioned case.

                                                              s/ Yvette Kane
                                                              Yvette Kane, District Judge
                                                              United States District Court
                                                              Middle District of Pennsylvania